_Kay Woods_
Kay Woods
United States Bankruptcy Judge

# United States Bankruptcy Court
## Northern District of Ohio
## Eastern Division

| | | |
|---|---|---|
| IN RE | } | CASE NO. 11-43403 |
| KRYSTAL SANDERS | } | JUDGE KAY WOODS |
| Debtor | } | CHAPTER 7 PROCEEDINGS |

### AGREED ORDER ON DEBTOR'S MOTION FOR REDEMPTION

This matter came on for consideration upon Plaintiff's Motion for Redemption under 11 U.S.C. §722 (Doc. #10). The parties are agreed that Byrider Finance, LLC, d/b/a CNAC, has a first and best secured position on the 2000 Pontiac Sunfire automobile, VIN #1G2JB5243Y7409161 which Debtor seeks to redeem, and the parties are further agreed that the appropriate redemption value is Two Thousand Four Hundred Eighty-two Dollars ($2,482.00).

Accordingly, the Debtor is hereby authorized to redeem the 2000 Pontiac Sunfire automobile VIN #1G2JB5243Y7409161 for the sum of Two Thousand Four Hundred Eighty-two Dollars

($2,482.00), said sum to be paid to the secured creditor, Byrider Finance, LLC, d/b/a CNAC within fifteen (15) days of the date of entry of this Order.

    IT IS SO ORDERED.

# # #

Approved by:

| | |
|---|---|
| */s/ Rick Pluma* | */s/ Frederick S. Coombs, III* |
| **Rick Pluma, Esq. (0058421)** | **Frederick S. Coombs, III, Esq. (0008889)** |
| **Rauser & Associates Legal Clinic Co., LPA** | **Harrington, Hoppe & Mitchell, Ltd.** |
| 614 W. Superior Avenue, Suite 1212 | 26 Market Street, Suite 1200 |
| Cleveland, Ohio 44113 | P.O. Box 6077 |
| **Attorney for Debtor** | Youngstown, Ohio 44501 |
| **Krystal Sanders** | Telephone: (330) 744-1111 |
| | Facsimile: (330) 744-2029 |
| | E-mail: fcoombs@hhmlaw.com |
| | **Attorney for Creditor** |
| | **Byrider Finance, LLC, d/b/a CNAC** |

2

# SERVICE LIST

A copy of the foregoing was sent via electronic service this _____ day of February, 2012 to the following:

**Rick Pluma, Esq. (0058421**)
**Rauser & Associates Legal Clinic Co., LPA**
614 W. Superior Avenue, Suite 1212
Cleveland, Ohio 44113
**Attorney for Debtor**
**Krystal Sanders**

**Andrew W. Suhar, Esq.**
29 E. Front Street, 2nd Floor
P.O. Box 1497
Youngstown, Ohio 44501-1497
**Trustee**

**Frederick S. Coombs, III, Esq. (0008889**)
**Harrington, Hoppe & Mitchell, Ltd.**
26 Market Street, Suite 1200
P.O. Box 6077
Youngstown, Ohio 44501
Telephone: (330) 744-1111
Facsimile: (330) 744-2029
E-mail: fcoombs@hhmlaw.com
**Attorney for Creditor**
**Byrider Finance, LLC, d/b/a CNAC**

And via regular U.S. Mail to:

**Krystal L. Sanders**
4047 Jefferson Ct.
Youngstown, Ohio 44505

3